# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Thomas Krull, D.D.S., P.C.,

**DEFENDANTS**
Brasseler U.S.A., Inc., and John Does 1-10

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Chatham
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Daniel A. Edelman, Edelman, Combs, Latturner & Goodwin, LLC, 120 South LaSalle Street, 18th Floor, Chicago, Illinois 60603

Attorneys (If Known)
Stephanie W. Tipton, Litchfield Cavo LLP, 303 West Madison, Suite 300, Chicago, Illinois 60606

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff)
(For Diversity...)

07CV6215
JUDGE CONLON
MAG. JUDGE COX

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Checkbox selections: 890 Other Statutory Actions]

**VI. CAUSE OF ACTION**
47 U.S.C. §227 (Telephone Consumer Protection Act)

**V. ORIGIN** — [■] 2 Removed from State Court

**VIII. REQUESTED IN COMPLAINT:** [■] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
JURY DEMAND: [X] No

**IX. This case** [■] is not a refiling of a previously dismissed action.

DATE: Nov. 2, 2007
SIGNATURE OF ATTORNEY OF RECORD: s/Stephanie W. Tipton

FILED
NOV 2 2007
NOV 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT