# EXHIBIT A



**BRASSELER USA**
DENTAL INSTRUMENTATION

1 Brasseler Blvd
Savannah, GA. 31419
Phone (912) 925-8525
Fax (888) 610-1937

---

Re:                                                          Date:   2/22/2007

---

°Comments:

Jason Broce
Brasseler USA
*Inside Account Manager*
*JasonBroce@BrasselerUSA.com*

# BRASSELER USA

## DENTAL INSTRUMENTATION

1 Brasseler Blvd, Savannah, GA 31419 (800) 841-4522

---

Re: BRASSELER DENTAL INTRODUCTION                Date: 02/20/2007

---

**Dear Dental Professional,**

My name is Jason, your Inside Account Manager at Brasseler USA. I would like the opportunity to introduce you to Brasseler USA's 2007 Promotions!

BRASSELER USA CURRENT PROMOS:

- **Brasseler Diamonds**           *(Buy 50 Get 50 Free)* MIX & MATCH

- **Operative Carbides**           *(Buy 100 Get 50 Free)* MIX & MATCH

- T&F carbides                     (Buy 25 get 10)

- **NSK NL9000 High-Speed**        *(Buy 3 Get 1 Free)* MOST TORQUE & LIGHTEST IN
  *WEIGHT ON MARKET*

- **Endo Sequence Rotary Files**   *(Buy 20 packs Get 5 packs Free)* MIX & MATCH

- **Carbide Cutters/Diamonds Discs**  *(Buy 12 Get 4 Free)* MIX & MATCH

- *Procedure kits*                 *( Buy 2 get 1)*

Sincerely,

Jason Broce
1(800)-841-4522 ext. 5123
JasonBroce@BrasselerUSA.com

# EXHIBIT B



**One Brasseler Blvd
Savannah, GA. 31419
Phone (912) 925-8525
Fax (912) 961-3282**

Re: _____   Date:  7/5/2007

# Jason Broce
*Inside account Manager*
*JasonBroce@BrasselerUSA.com*

### One Brasseler Boulevard
### Savannah, GA 31419

| | |
|---|---|
| Phone | (800)-841-4522, ext 5123 |
| Toll Free Fax | (888)-610-1937 |
| Fax | (912) 961-3282 |

[x]

**Our Creed ... Live the Values. Share the Vision. Manage the Business. Make Others Successful**

NOTICE: The information contained in this electronic mail transmission is intended by Brasseler USA for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it and notify the sender of the error by reply email or by telephone so that the sender's address records can be corrected.

The fax was sent with Brasseler USA's FaxMaker server.



# BRASSELER USA
## July 2007 Promotions



PETER BRASSELER Series™ Diamonds

**The Original**
*Peter Brasseler Series™ Diamond Range*
*Peak Performance Based on Innovation and Ideal Design*

**Medium, Coarse, Fine grit diamonds:**
Buy 25 for $6.07 each – a 20% savings
Or Buy 25 and get 25 free!
**Net price $3.94 each – a 50% savings!**

**Super Coarse, CRF, EF and UF grit diamonds:**
Buy 25 for $7.11 each – a 20% savings
Or Buy 25 and get 25 free!
**Net price $4.45 each – a 50% savings!**

---

Did you know that many of our Operative Carbides are available in bulk packs of 100? <u>Ask me for a list of available burs and sizes!</u>

| | | |
|---|---|---|
| 25 Operative carbides | $1.27 each | - a 15% savings |
| 50 Operative carbides | $1.19 each | - a 20% savings |
| 100 Operative carbides | $1.12 each | - a 25% savings |

**100 pack bulk packs   $97.00 *(that's just 97 cents each!)***



## A 35% savings!

To place an order, Call **Jason**
800-841-4522    Ext 5123

<u>Expect The Best. Buy Direct</u>



BRASSELER USA

The fax was sent with Brasseler USA's FaxMaker server.

Expect The Best. Buy Direct



The fax was sent with Brasseler USA's FaxMaker server.

# EXHIBIT C



**BRASSELER USA**           1-800-841-4522 ext 5123

## August 2007 Promotions

### The Original
### Peter Brasseler Series™ Diamond Range
*Peak Performance Based on Innovation and Ideal Design*

**Medium, Coarse, Fine grit diamonds:**
Buy 25 for $6.07 each – a 20% savings
Or Buy 25 and get 25 free!
**Net price $3.94 each – a 50% savings!**

**Super Coarse, CRF, EF and UF grit diamonds:**
Buy 25 for $7.11 each – a 20% savings
Or Buy 25 and get 25 free!
**Net price $4.45 each – a 50% savings!**

Peter Brasseler Series™ Diamonds

---

**Did you know that many of our Operative Carbides are available in bulk packs of 100?** <u>Ask me for a list of available burs and sizes!</u>

  25 Operative carbides   $1.27 each  - a 15% savings
  50 Operative carbides   $1.19 each  - a 20% savings
 100 Operative carbides   $1.12 each  - a 25% savings

100 pack bulk packs   $97.00 (that's just 97 cents each!)



### A 35% savings!

To place an order, Jason
800-841-4522    Ext 5123
<u>JasonBroce@BrasselerUSA.com</u>

<u>Expect The Best. Buy Direct</u>

**BRASSELER USA**

Expect The Best. Buy Direct



The fax was sent with Brasseler USA's FaxMaker server.