**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS KRULL, D.D.S., P.C., individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   07 C 6215 ) ) |
| BRASSELER U.S.A. INC., and JOHN DOES 1-10, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on November 6, 2007 we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **AMENDED COMPLAINT - CLASS ACTION**, copies of which are attached hereto and hereby served upon you.

                                                                   s/ Daniel A. Edelman
                                                                     Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Daniel Edelman, certify that on November 6, 2007, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Alan I. Becker
becker@litchfieldcavo.com

Stephanie W. Tipton
tipton@litchfieldcavo.com

                s/ Daniel A. Edelman
                Daniel A. Edelman