UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS KRULL, D.D.S., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-6215 |
| | ) | |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| BRASSELER U.S.A., INC. | ) | Magistrate Susan E. Cox |
| and JOHN DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Brasseler, U.S.A., Inc. ("Brasseler"), by and through their attorneys, Litchfield Cavo, LLP, move this Honorable Court for an extension of time to answer or otherwise plead and in support thereof, respectfully states as follows:

1. Plaintiff Thomas Krull, D.D.S., P.C. ("Krull") is a business incorporated in and having its principal place of business in Illinois.

2. Defendant Brasseler is a business incorporated in and having its principal place of business in Georgia.

3. On September 21, 2007, Krull filed a three-count Class Action Complaint in the Circuit Court of Cook County, Illinois (Case No. 07 CH 27450). Defendant has not yet responded to the Complaint nor have any rulings been made on this case.

4. Counsel for Brasseler obtained this case on November 1, 2007.

5. Defendant removed this lawsuit to this Court on November 2, 2007.

6. On November 6, 2007, Plaintiff filed a single count Amended Class Action Complaint, alleging that Defendant violated the Telephone Consumer Protection Act.

6. Defendant requests 30 days, or until December 6, 2007, to Answer or otherwise

plead, so that Brasseler's counsel can fully review the case prior to responding or otherwise pleading to Krull's Class Action Complaint.

**WHEREFORE**, Defendant Brasseler U.S.A., Inc. hereby moves this Honorable Court for an extension of time to answer or otherwise plead until December 6, 2007.

Dated: November 7, 2007

                                                               /s/ Stephanie W. Tipton
                                        By:  An Attorney for Defendant

Alan I. Becker (00147524)
Stephanie W. Tipton (06270738)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)