## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS KRULL, D.D.S., P.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-6215 |
| | ) | |
| v. | ) | Judge Suzanne B. Conlon |
| | ) | |
| BRASSELER U.S.A., INC. and JOHN DOES 1-10 | ) ) | Magistrate Susan E. Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Daniel A. Edelman
      Cathleen M. Combs
      James A. Latturner
      Tara L. Goodwin
      Julie Clark
      Edelman, Combs, Latturner & Goodwin, LLC
      120 S. LaSalle St., 18th Fl.
      Chicago, IL 60603

     PLEASE TAKE NOTICE that on **Thursday**, **November 15, 2007 at 9:00 a.m**. as soon thereafter as counsel may be heard, I shall appear before Judge Suzanne B. Conlon, Room 1743 in the United States District Court for the Northern District of Illinois and then there present ***Unopposed Motion for an Extension of Time to Answer or Otherwise Plead*** a true copy of which is attached hereto and hereby served upon you.

                                    Respectfully submitted,

                                  By:   /s/Stephanie W. Tipton
                                          One of Its Attorneys

Alan I. Becker
Stephanie W. Tipton
LITCHFIELD CAVO LLP
303 West Madison Street
Suite 300
Chicago, IL  60606
312-781-6636
312-781-6630 (fax)

## **PROOF OF SERVICE**

      I, <u>Senayda Ayala,</u> a non-attorney, hereby certify that the attached documents were faxed and mailed to the above mentioned attorney as addressed by depositing same in the U.S. Mail Chute at 303 West Madison Street, Chicago, Illinois, 60606 on November 7, 2007, before 5:00 p.m., with proper postage prepaid.

                                                                                             /s/Senayda Ayala