Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6215 | **DATE** | 11/14/2007 |
| **CASE TITLE** | KRULL, D.D.S., P.C., vs. BRASSELER U.S.A., INC.and JOHN DOES 1-10 | | |

**DOCKET ENTRY TEXT**

Unopposed motion for an extension of time to answer or otherwise plead [12] is granted. Defendant Brasseler U.S.A. shall answer or otherwise plead by December 6, 2007. The motion will not be heard on November 15, 2007 as noticed.

*Suzanne B. Conlon*

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TP |
|---|---|---|
| | | |