Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6215 | **DATE** | 12/4/2007 |
| **CASE TITLE** | THOMAS KRULL vs. BRASSELER U.S.A. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Report on settlement set on January 9, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|