# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6215 | **DATE** | 1/9/2008 |
| **CASE TITLE** | KRULL vs. BRASSELER | | |

**DOCKET ENTRY TEXT**          *motion for*

Report on settlement hearing held. Status report on settlement is set on 1/30/08 @ 9:00 am. Plaintiff's class certification shall be filed by 4/9/08. Defendant's response is due by 4/30/08 and any reply shall be filed by 5/7/07. Parties shall comply with FRCP 26(a)(1) by 3/28/08. Plaintiff shall comply with FRCP 26(a)(2) by 5/16/08 and defendant shall comply with FRCP 26(a)(2) by 6/27/08. Discovery cutoff and filing of dispositive motions with supporting memoranda are due by 7/30/08. Joint pretrial order submission and agreed jury instructions are set on 8/14/08 @ 9:00 am. Plaintiff's draft to be submitted to defendant by 8/7/08. Case is placed on the September 2008 trial calendar. THESE ARE FIRM DATES

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|