Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6215 | **DATE** | 1/30/2008 |
| **CASE TITLE** | THOMAS KRULL, D.D.S., P.C. vs. BRASSELER U.S.A., INC., ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Report on settlement hearing is continued to February 28, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

07C6215 THOMAS KRULL, D.D.S., P.C. vs. BRASSELER U.S.A., INC., ET AL