## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6215 | **DATE** | 2/26/08 |
| **CASE TITLE** | THOMAS KRULL, D.D.S., P.C. vs. BRASSELER USA, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's counsel advised that the case has settled. The case is dismissed and all previously set dates are vacated.

*Suzanne B. Conlon* (signature)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|