**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THOMAS KRULL, D.D.S., P.C., individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | 07 C 6215 |
| v. ) ) | Judge Conlon |
| BRASSELER U.S.A. INC., and JOHN DOES 1-10, ) ) ) | Magistrate Judge Cox |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Thomas Krull, D.D.S., P.C. and Defendant Brasseler U.S.A., Inc. hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant Brasseler U.S.A., Inc. with prejudice, and with each party bearing its own costs.  Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs.

| | |
|---|---|
| s/ Heather A. Kolbus | s/ Stephanie W. Tipton |
| Daniel A. Edelman | Alan I. Becker |
| Heather Kolbus | Stephanie W. Tipton |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | LITCHFIELD CAVO, LLP |
| 120 S. LaSalle Street, 18th Floor | 303 W. Madison Street |
| Chicago, IL 60603 | Suite 300 |
| (312) 739-4200 | Chicago, IL 60606 |
| (312) 419-0379 (FAX) | (312) 781-6622 (Becker) |
| *Attorneys for Plaintiff* | (312) 781-6636 (Tipton) |
| | (312) 781-6630 (FAX) |
| | *Attorneys for Defendant* |