# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS KRULL, D.D.S., P.C., individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | 07 C 6215 |
| v. ) ) | |
| BRASSELER U.S.A. INC., and JOHN DOES 1-10, ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on March 19, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **STIPULATION OF DISMISSAL**, copies of which are attached hereto and hereby served upon you.

                                                                s/ Heather Kolbus
                                                                 Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on March 19, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system.

Alan I. Becker
becker@litchfieldcavo.com

Stephanie W. Tipton
tipton@litchfieldcavo.com

                                                    s/ Heather Kolbus
                                                    Heather Kolbus